

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 17, 2007



BY HAND

The Honorable Mark D. Fox
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. German Cuadrado et al.,
              07 Cr. 387 **JUDGE BRIEANT**

Dear Judge Fox:

       The United States hereby requests that the superseding indictment in the above-captioned case be unsealed. The superseding indictment was filed on June 28, 2007, and charges seven defendants in five counts. I am on trial this week; please contact AUSA Richard C. Tarlowe at 914-993-1963 if you have any questions. Thank you very much for your assistance in this matter.

                                       Respectfully Submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney

                       By:   _____
                            Nola B. Heller
                            Assistant United States Attorney
                            (914) 993-1939

SO ORDERED:

_____
U.S. MAGISTRATE JUDGE
MARK D. FOX
United States Magistrate Judge
Southern District of New York