# GILLEECE AND GILLEECE
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD • SUITE 207
WHITE PLAINS, NEW YORK 10603

KEVIN P. GILLEECE
ANNE GILLEECE

TELEPHONE:
(914) 761-0060

**By Hand**

December 3, 2007

Hon. Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: United States v. Juan Camacho
S5 07 Cr. 387(CLB)

Dear Judge Brieant:

I was assigned to represent Mr. Camacho concerning an indictment charging him with the crime of Armed Robbery and related charges. Juan Camacho has pled guilty and his matter has been scheduled for sentence before your honor on February 13, 2008. I write to ask that I be relieved from the assignment and to ask that new counsel from the CJA panel be assigned to Mr. Juan Camacho.

The basis of my application is that I have accepted a position as an Executive Assistant District Attorney in the Rockland County District Attorney's Office effective January 1, 2008. It is important that I commence my new position on that date because the newly elected District Attorney Thomas Zugibe will take office that day and begin a new administration. It is important that I be available for the transition period.

Since I will not be able to continue to represent Juan Camacho, I respectfully ask that you relieve me of this assignment and assign new counsel to Juan Camacho. I am copying Juan Camacho with this letter.

Thank you for your time and attention to this matter.

Yours truly,

Kevin P. Gilleece, Esq.

KPG:ms
cc: AUSA Nola B. Heller
    Juan Camacho

*[Handwritten margin note: Application granted SO ORDERED December 3, 2007 Charles L. Brieant USDJ]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___]*