# EXHIBIT A







RCIC PHOTO LINEUP 07-036