**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 9, 2008

MEMO ENDORSED

BY HAND

The Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. German Cuadrado et al.,
                S4 07 Cr. 387

Dear Judge Fox:

        The United States writes to request that certain docket entries in the above-captioned case be unsealed. Specifically, the United States requests that docket entries for the guilty plea proceedings for: Jorge Flores, on August 16, 2007 (Judge Yanthis); German Cuadrado, on September 7, 2007 (Judge Yanthis); Juan Camacho, on November 15, 2007 (Judge Fox); and Saile Parra, on March 11, 2008 (Judge Yanthis) be unsealed. The Court granted this request yesterday, with the caveat that such unsealing was to be solely for the purpose of transcripts.

        In addition to requiring access so that transcripts can be made of the guilty plea proceedings, however, the Government also needs access to the documents in these docket entries so that certain documents therein may be copied and provided to defense counsel as 3500 material in advance of trial. Therefore, the Government requests the unsealing of the entire docket entries for those guilty plea proceedings. The Government makes this request with the consent of counsel for Flores, Cuadrado, Camacho, and Parra. Finally, the Government requests that the original plea

[handwritten margin notes: MARK D. FOX, United States Magistrate Judge, Southern District of New York; 5/9/08 Application Granted. So Ordered.]

1

agreements and/or <u>Pimentel</u> letters from each of these proceedings be transferred to the custody of the Government, as is once again the practice in this District.

                Respectfully Submitted,

                MICHAEL J. GARCIA
                United States Attorney

       By: *Nola Heller /as* (signature)
                Nola B. Heller
                Assistant United States Attorney
                (212) 637-2631