```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :
                                  :    SUPERSEDING
           - v. -                 :    INFORMATION
                                  :
                                  :    S5 07 Cr. 387 (CLB)
JUAN CAMACHO,                     :
                                  :
                 Defendant.       :
- - - - - - - - - - - - - - - - - -x
```

**ORIGINAL**



### COUNT ONE

The United States Attorney charges:

1. On or about September 13, 2006, in the Southern District of New York and elsewhere, JUAN CAMACHO, the defendant, together with others known and unknown, unlawfully, willfully, and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, armed robbery of two truck drivers, in Blauvelt, New York, of a truckload of perfume, and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951(a) and 2.)

### COUNT TWO

The United States Attorney further charges:

2. From in or about June 2006 through in or about January 2007, in the Southern District of New York and elsewhere,

1