UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

<!-- Stamp: U.S. DISTRICT COURT FILED NOV 15 2007 S.E. -->

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | S1 07 Cr. 387 (CLB) |
| **JUAN CAMACHO,** : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUAN CAMACHO, the above-named defendant, who is accused of violating Title 18 USC § 371 and Title 18, United States Code, Sections 1951(a), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
        November 15, 2007

**EXHIBIT**