**UNITED STATES DISTRICT COURT**
**300 QUARROPAS STREET**
**WHITE PLAINS, N.Y. 10601**
**TEL: 914-390-4127**

*CHAMBERS OF THE HONORABLE*
*MARK D. FOX U.S. MAGISTRATE JUDGE*

# MEMORANDUM

DATE: 05/13/2008

TO:     Honorable Colleen McMahon

FROM: Mark D. Fox, U.S. Magistrate Judge

RE:     Transcript of Guilty Plea

    On November 15, 2007 the Rule 11 allocution was completed in the matter of **United States of America -v-Juan Camacho, S5 07cr0387(CM)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted,

Mark D. Fox
U.S. Magistrate Judge

P.S. On 02/08/2008 this matter was re-assigned from Judge Brieant to you. The enclosed proposed order had been sent to Judge Brieant on 01/22/2008.